1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAN SAFETY, INC., a California Corporation; HONGRAY (USA) MEDICAL PRODUCTS INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HNC ENTERPRISES, LLC d/b/a SAFEKO/THE HAIRNET COMPANY, a New York Limited Liability Company; and DOES 1 through 10,<br><br>Defendants<br><br>HNC ENTERPRISES, LLC, a New York Limited Liability Company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>CLEAN SAFETY, INC., a California Corporation; and ROES 1-10,<br><br>Counterclaim-Defendants | Case No.: 5:21-cv-01184-JGB (SPx)<br>Judge:  Honorable Jesus G. Bernal<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Removed:  July 16, 2021<br>Counterclaim Filed:  December 6, 2021 |

1 | Having considered the Stipulated Protective Order by and between HNC
2 | Enterprises, LLC and Clean Safety, Inc., and good cause appearing therefor,
3 | **IT IS HEREBY ORDERED** that:
4 | The Stipulated Protective Order is approved in its entirety.
5 |
6 |
7 | **IT IS SO ORDERED.**
8 |
9 | DATED: August 26, 2022    _____
10 |                                                         Honorable Sheri Pym
11 |                                                         United States Magistrate Judge